ABRAHAM J. SEELEY, *Respondent, v.* GEORGE G. KARNER, *Appellant, Impleaded with* AUSTIN ARCHER and others.— Judgment affirmed, with costs against appellant. Opinion by LEARNED, P. J.

JOHN N. YOUNG, *Respondent, v.* JOHN H. DIVINE and DANIEL R. BONNELL, *Appellants.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

GEROTHMAN W. CORNELL, *as Assignee, etc., Respondent, v.* EMERSON P. MARKHAM, *Appellant.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.

CORNELIUS VANDERCOOK, *Appellant, v.* THE CITY OF COHOES, *Respondent.* — Judgment affirmed, with costs. Opinion by BOCKES, J., and by LEARNED, P. J., dissenting.

HENRY MOYER, *Administrator, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

LEVY ELY, *Respondent, v.* HIRAM W. BARDIN, *Appellant.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

SARATOGA COUNTY BANK, *Appellant, v.* ABBIE M. PRUYN, *Respondent.*— Judgment affirmed, with costs. Opinion by BOCKES, J.

DENNIS G. LITTLEFIELD, *Respondent, v.* IRA JAGGER, THE ALBANY COUNTY BANK and others, *Appellants.*— Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOARDMAN, J.; LEARNED, P. J., dissenting.

RUFUS CHAMBERLAIN, *Respondent, v.* THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY, *Appellants.*— Judgment and order reversed, new trial granted, costs to abide event. Opinion by BOCKES, J.; LEARNED, P. J., taking no part.

BETSEY NEWMAN, *Appellant, v.* ABRAM NELLIS, *Respondent.* — Judgment affirmed, with costs.

STEPHEN F. PALMER, JR., *Respondent, v.* THE PHŒNIX INSURANCE COMPANY, *Appellant.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JAMES GIBSON *as Receiver, etc., of* JAMES HICKEY, *Appellant, v.* JAMES HICKEY and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BOCKES, J.